1    **RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**

2    100 Bush Street, #1980
San Francisco, CA  94104

3    Telephone:   415/981-9788
Facsimile:    415/981-9798

4    Email:       RogersRMR@yahoo.com

5    Attorneys for Plaintiff
**ESTUS ARMSTRONG**

6

7    ZACH COWAN, CITY ATTORNEY, SBN 96372
**SARAH REYNOSO, ASSISTANT CITY ATTORNEY, SBN 120277**
**KRISTY VAN HERICK, DEPUTY CITY ATTORNEY, SBN 178685**

8    **BERKELEY CITY ATTORNEY'S OFFICE**
2180 MILVIA STREET, FOURTH FLOOR

9    BERKELEY, CA 94704
TELEPHONE: (510) 981-6998

10    FACSIMILE:  (510) 981-6960
EMAIL: SREYNOSO@CI.BERKELEY.CA.US

11

ATTORNEYS FOR DEFENDANT

12    **CITY OF BERKELEY**

13

14

15                 **UNITED STATES DISTRICT COURT**

              **NORTHERN DISTRICT OF CALIFORNIA**

16

17

| | |
|---|---|
| ESTUS ARMSTRONG, | **Case No.:  USDC No. C12-04538 EDL** |
| Plaintiff, | Case filed:       08/29/12 |
| | Trial date:        TBA |
| v. | |
| CITY OF BERKELEY, | **STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Defendants. | |
| | Date:          11/27/12 |
| | Time:         10:00am |
| | Location:   Courtroom E, 15th Floor |

18
19
20
21
22
23
24
25
26
27
28

1
STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE
USDC No. C12-04538 EDL

ARMSTRONG
/CMC.CONT-STIP

1      The parties hereby stipulate to continue the Case Management Conference from

2  November 27, 2012, to December 4, 2012, because Plaintiff's counsel has a hearing scheduled

3  for the morning of November 27, 2012.

4                                                              Respectfully submitted,

5  Dated:_____10/29/12_____              LAW OFFICE OF RICHARD M. ROGERS

6

7                                                  By:_/s/ Richard M. Rogers_____
                                                       RICHARD M. ROGERS
8                                                      Attorneys for Plaintiff

9
   Dated:  October 29, 2012                          CITY OF BERKELEY
10

11

12                                                 By:_____/s/_____
                                                       SARAH REYNOSO
13                                                     ATTORNEYS FOR DEFENDANT

   It Is So Ordered.
14

15

16 Dated:  October 30, 2012           By:  *Elizabeth D. Laporte*_____
                                                 ELIZABETH D. LAPORTE
17                                 MAGISTRATE JUDGE OF THE US DISTRICT COURT

18

19

20

21

22

23

24

25

26

27

28
                                         2

ARMSTRONG
/CMC.CONT-STIP